# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# OFFICE OF THE SPECIAL MASTERS

MICHAEL PUCKETT SR. on behalf of the estate of AMANDA PUCKETT

    Petitioner,

v.

SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Respondent.

Case No.: 15-929V

SPECIAL MASTER LAURA D. MILLMAN

**NOTICE OF FILING VIA CD**

    Attached hereto for filing in the above-referenced matter are Petitioners Exhibits 8-11. Please take note that the contents of this CD have been scanned with anti-virus software with up-to-date antivirus definitions as of September 25, 2015.

| Exhibit | Description | Bates Range |
|---|---|---|
| 8 | Palos Medical Group Updated | PUCK000001-PUCK000005 |
| 9 | Decatur Ambulance Records | PUCK000001-PUCK000008 |
| 10 | Decatur Fire Department Records | PUCK000001-PUCK000014 |
| 11 | Decatur Police Department Records | PUCK000001-PUCK000031 |

Dated: May 19, 2016

**/S/ MARK T. SADAKA**
Mark T. Sadaka, Esq., MSPH

SADAKA ASSOCIATES LLC
155 North Dean Street, 4th Floor
Englewood, NJ 07631
Telephone: (201) 266-5670
Fax:         (201) 266-5671
Email:     mark@sadakafirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2016, a true copy of the foregoing Notice of Intent to File on Compact Disc and accompanying CD was served by Priority Mail, postage prepaid upon:

Lara Ann Englund, Esq.
United States Department of Justice
Torts Branch, Civil Division
PO Box 146, Ben Franklin Station
Washington, DC 20044-1046

I hereby certify that on May 19, 2016, two copies of the Notice of Intent to File on Compact Disc and two CDs were served by Priority Mail, postage prepaid upon:

Clerk
US Court of Federal Claims
717 Madison Place NW
Washington, DC 20005

Dated: May 19, 2016

/s/MARK T. SADAKA
Mark T. Sadaka, Esq., MSPH
SADAKA ASSOCIATES LLC
155 North Dean Street, 4th Floor
Englewood, NJ 07631
Telephone: (201) 266-5670
Fax: (201) 266-5671
Email: mark@sadakafirm.com